# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | | |
|---|---|---|
| JOHN DOE, a minor, by his parents and next friends, JIM DOE and JANE DOE *et al.*, | ) ) ) | |
| Plaintiffs | ) ) | **Case No. 2:24-cv-06420-RMG** |
| v. | ) ) | **ORDER** |
| STATE OF SOUTH CAROLINA *et al.*, | ) ) | |
| Defendants. | ) ) | |

A Motion and Application/Affidavit for Admission *Pro Hac Vice* has been filed in this case and considered by the undersigned.

IT IS ORDERED THAT:

Applicant: Joseph J. Wardenski who represents Plaintiffs John Doe, by his parents and next friends Jim Doe and Jane Doe, and the Alliance for Full Acceptance,

    X    Be **granted** admission *pro hac vice* in this case.

    ☐    Be **denied** admission *pro hac vice* in this case.

| | |
|---|---|
| _11/26/2024_ | s/ Richard Mark Gergel |
| Date | United States District/Magistrate Judge |