IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| JOHN DOE, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> STATE OF SOUTH CAROLINA, *et al.*, <br><br> *Defendants*. | Case No. 2:24-cv-06420-RMG |

**SCHEDULING ORDER FOR A RESPONSIVE PLEADING AND TO RESOLVE PLAINTIFFS' MOTIONS FOR A PRELIMINARY INJUNCTION AND CLASS CERTIFICATION**

The parties have met and conferred regarding Plaintiffs' complaint (ECF No. 1), Plaintiffs' motion for a preliminary injunction (ECF No. 9), Plaintiffs' motion for class certification (ECF No. 10), Minor Plaintiff's motion for protective order and to proceed under pseudonyms (ECF No. 11), and Minor Plaintiff's motion to seal (ECF No. 12).

Defendants State of South Carolina, South Carolina State Board of Education, South Carolina Department of Education, Berkeley County School District, South Carolina Superintendent of Education Ellen Weaver, and Superintendent of Berkeley County School District Anthony Dixon have agreed not to oppose Minor Plaintiff's motion for protective order and to proceed under pseudonyms (ECF No. 11) and Minor Plaintiff's motion to seal (ECF No. 12) on the understanding that Defendants' agreement does not limit their ability to obtain the full scope of discovery to which they are entitled under the Federal Rules of Civil Procedure and does not suggest that

proceeding pseudonymously, by itself, justifies statewide relief or injunctive relief that Plaintiffs would not otherwise be entitled to if they were proceeding under their own names.[1]

With respect to Plaintiffs' complaint, class-certification motion, and preliminary injunction motion (ECF Nos. 1, 9, and 10, respectively), the parties have jointly proposed the following briefing schedule:

- Defendants will file their briefs in opposition to Plaintiffs' motion for class certification and motion for preliminary injunction on or before January 6, 2025.

- Plaintiffs will file their reply briefs in support of their motion for class certification and motion for a preliminary injunction on or before January 21, 2025.

- Defendants will file a responsive pleading to Plaintiffs' complaint on or before January 31, 2025.

Having reviewed the parties' proposal, the Court finds that good cause exists to adopt it.

**IT IS THEREFORE ORDERED** that the parties' Joint Motion for a Scheduling Order is **GRANTED**, and the parties' proposed schedule is **APPROVED**.

**IT IS FURTHER ORDERED** that Minor Plaintiff's motion for protective order and to proceed under pseudonyms, ECF No. 11, and Minor Plaintiff's motion to seal, ECF No. 12, are **GRANTED**.


November 27, 2024              s/ Richard Mark Gergel
Date                           Hon. Richard Mark Gergel
                               United States District Judge

---

[1] The parties have also clarified that their joint motion does not amount to a waiver of any immunity defenses by the Defendants.