# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# Charleston Division

| | |
|---|---|
| JOHN DOE, a minor, by his parents and next friends, JIM DOE and JILL DOE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF SOUTH CAROLINA, et al., <br><br> Defendants. | No. 2:24-cv-06420-RMG |

## CORRECTED CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2024, Plaintiff John Doe's Motion for Preliminary Injunction, Plaintiff John Doe's Motion for Class Certification, and Plaintiff John Doe's Motion for Protective Order and to Proceed Under Pseudonyms was filed using the Court's CM/ECF service, which will send notification of such filing to all counsel of record. Additionally, the foregoing was served on the below, on November 21, 2024, via Certified Mail:

South Carolina State Board of Education
849 Learning Lane
West Columbia, SC 29172

South Carolina Department of Education
849 Learning Lane
West Columbia, SC 29172

Berkeley County School District
107 East Main Street
Moncks Corner, SC 29461

Anthony Dixon
Superintendent
Berkeley County School District
107 East Main Street
Moncks Corner, SC 29461

Dated: November 27, 2024

*/s/ Harper T. Segui*
Harper T. Segui