# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| JOHN DOE, *et al.*,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>STATE OF SOUTH CAROLINA; *et al.*,<br><br>　　　　　　　　Defendants. | Civil Action No. 2:24-cv-06420-RMG |

## NOTICE OF APPERANCE

　　PLEASE take notice that the undersigned hereby enters an appearance for Defendants South Carolina State Board of Education, South Carolina Department of Education, Ellen Weaver, in her official capacity as South Carolina Superintendent of Education, Berkeley County School District, and Anthony Dixon in the above-captioned matter.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　s/ Miles E. Coleman_____
　　　　　　　　　　　　　　　　　　　Miles E. Coleman (Fed. Bar No. 11594)
　　　　　　　　　　　　　　　　　　　Nelson Mullins Riley and Scarborough, LLP
　　　　　　　　　　　　　　　　　　　2 West Washington Street, Suite 400
　　　　　　　　　　　　　　　　　　　Greenville, SC 29601
　　　　　　　　　　　　　　　　　　　(864) 373- 2300
　　　　　　　　　　　　　　　　　　　Miles.coleman@nelsonmullins.com

December 19, 2024