IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| JOHN DOE, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>STATE OF SOUTH CAROLINA, *et al.*,<br><br>*Defendants*. | Case No. 2:24-cv-06420-RMG |

## AMENDED SCHEDULING ORDER

The parties have met and conferred regarding the existing Scheduling Order (ECF No. 25), which sets the following dates for briefing with respect to Minor Plaintiff's preliminary injunction motion (ECF No. 9) and class-certification motion (ECF No. 10):

- Defendants will file their briefs in opposition to Plaintiffs' motion for class certification and motion for preliminary injunction on or before January 6, 2025.

- Plaintiffs will file their reply briefs in support of their motion for class certification and motion for a preliminary injunction on or before January 21, 2025.

Due to several case conflicts that have recently arisen for Plaintiff's counsel (including a likely mediation in a separate case on January 10, 2025, and a briefing deadline set in another case on January 14, 2025), the parties proposed the following amended briefing schedule:

- Defendants will file their briefs in opposition to Minor Plaintiff's motion for class certification and motion for preliminary injunction on or before January 13, 2025. Any expert report Defendants intend to use in support of those motions will be provided to Plaintiffs by January 6, 2025.

- Minor Plaintiff will file reply briefs in support of the motion for class certification and motion for a preliminary injunction on or before January 31, 2025.

Pursuant to Local Civil Rule 6.01, and as noted above, the briefing deadlines in question were previously extended once by the existing Scheduling Order (ECF No. 25). This proposal would extend the deadline for Defendants to file their responsive briefs by 7 additional days and extend the deadline for Minor Plaintiff to file a reply by 10 additional days. The proposed extension would not affect other deadlines.[1]

Having reviewed the parties' proposal,[2] the Court finds that good cause exists to adopt it. **IT IS THEREFORE ORDERED** that the parties' Joint Motion for Amended Scheduling Order is **GRANTED**, and the parties' proposed amended schedule is **APPROVED**.

December 19, 2024　　　　　　　　　　s/ Richard Mark Gergel
Date　　　　　　　　　　　　　　　　Hon. Richard Mark Gergel
　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] The Scheduling Order also set a responsive pleading deadline to Plaintiffs' complaint on or before January 31, 2025, but the present joint motion does not seek to alter that deadline.
[2] The parties have also clarified that their joint motion does not amount to a waiver of any immunity defenses by the Defendants.