**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| JOHN DOE, *et al.*, | |
| Plaintiffs, | |
| v. | C.A. No. 2:24-6420-RMG |
| STATE OF SOUTH CAROLINA, *et al.*, | |
| Defendants | |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs John Doe, by and through his parents and next friends, Jim Doe and Jane Doe, and the Alliance for Full Acceptance ("Plaintiffs") and Defendants State of South Carolina, South Carolina State Board of Education, South Carolina Department of Education, Berkeley County School District, Ellen Weaver, in her official capacity as South Carolina Superintendent of Education, and Anthony Dixon, in his official capacity as Superintendent of Berkeley County School District ("Defendants") (each individually a "Party" and collectively, the "Parties"), hereby stipulate to the dismissal of this action without prejudice. The Parties further stipulate that each Party shall bear its own attorneys' fees, costs, and expenses.

[signatures on next page]

1

DATED: July 31, 2026

/s/ *Harper T. Segui*
Harper T. Segui
LEE SEGUI, PLLC
825 Lowcountry Boulevard, Unit 101
Mount Pleasant, SC 29464
Phone: (919) 600-5000
hsegui@leesegui.com

Linda M. Correia*
CORREIA & PUTH, PLLC
1400 16th Street NW #450
Washington, DC 20036
Phone: (202) 602-6500
lcorreia@correiaputh.com

Joseph J. Wardenski*
WARDENSKI P.C.
134 West 29th Street, Suite 709
New York, NY 10001
Phone: (347) 913-3311
joe@wardenskilaw.com

Adele P. Kimmel*
PUBLIC JUSTICE
1620 L Street NW, Suite 630
Washington, DC 20036
Phone: (202) 797-8600
akimmel@publicjustice.net

Leila Nasrolahi*
PUBLIC JUSTICE
475 14th Street, Suite 610
Oakland, CA 94612
Phone: (510) 622-8150
lnasrolahi@publicjustice.net

        * *Admitted Pro Hac Vice*

*Counsel for Plaintiffs*

Respectfully submitted,

/s/ *Joseph D. Spate (with consent)*
Thomas T. Hydrick (Fed. Bar. No. 13322)
*Solicitor General*
Joseph D. Spate (Fed. Bar No. 13100)
*Deputy Solicitor General*
South Carolina Office of the Attorney General
1000 Assembly St.
Columbia, SC 29201
(803) 734-3371
josephspate@scag.gov

*Counsel for Defendants State of South Carolina;
South Carolina State Board of Education; South
Carolina Department of Education; and Ellen
Weaver, in her official capacity as South
Carolina Superintendent of Education*

/s/ *Miles E. Coleman (with consent)*
Miles E. Coleman (Fed. Bar No. 11594)
2 West Washington Street / Suite 400
Greenville, SC29601
(864) 373-2300
miles.coleman@nelsonmullins.com

*Counsel for Defendants South Carolina State
Board of Education; South Carolina Department
of Education; Ellen Weaver, in her official
capacity as South Carolina Superintendent of
Education; Berkeley County School District; and
Anthony Dixon, in his official capacity as
Superintendent of Berkeley County School
District*

Brandon E. Gaskins (Fed. Bar No. 9507)
Moore & Van Allen PLLC
78 Wentworth Street
Charleston, SC 29401
(843) 579-7038
gaskinsb@mvalaw.com

*Counsel for Defendants Berkeley County School
District and Anthony Dixon, in his official
capacity as Superintendent of Berkeley County
School District*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on July 31, 2026, the foregoing Stipulation of Dismissal without Prejudice was filed using the Court's CM/ECF service, which will send notification of such filing to all counsel of record.

*/s/ Harper T. Segui*
Harper T. Segui